05-19-00509-CV

FILED
DALLAS COUNTY
5/1/2019 9:30 AM
FELICIA PITRE
DISTRICT CLERK

Carmen Moorer

## CAUSE NO. DC-19-00329

| | | |
|---|---|---|
| **PEDRO GARCIA** | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff* | § | FILED IN<br>5th COURT OF APPEALS<br>DALLAS, TEXAS<br>5/1/2019 12:07:22 PM |
| | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| | § | Clerk |
| **WAL-MART ASSOCIATES, INC.,** | § | |
| **WAL-MART STORES TEXAS, LLC** | § | |
| **DBA WAL-MART STORES TEXAS** | § | |
| **2007, LLC, WAL-MART STORES** | § | |
| **TEXAS, LLC DBA WALMART** | § | |
| **NEIGHBORHOOD MARKET #5624,** | § | |
| **and WAL-MART REAL ESTATE** | § | |
| **BUSINESS TRUST** | § | |
| | § | |
| *Defendants* | § | **160ᵗʰ JUDICIAL DISTRICT** |

---

### DEFENDANTS' NOTICE OF ACCELERATED APPEAL

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, Wal-Mart Associates, Inc., Wal-Mart Stores Texas, LLC, dba Wal-Mart Stores Texas 2007, LLC, Wal-Mart Stores Texas, LLC dba Walmart Neighborhood Market #5624, and Wal-Mart Real Estate Business Trust, Defendants in the above-referenced cause, and file their Notice of Accelerated Appeal and would show the Court the following:

### I.

Defendants appeal the attached Order Denying Defendants' Motion to Compel Arbitration and Stay Litigation Proceedings signed by the Court on April 15, 2019 to the Fifth Court of Appeals.

Respectfully submitted,

/s/ *Jerry Fazio*
JERRY FAZIO
State Bar No. 06870010
jfazio@owenfazio.com
JASON E. KIPNESS
State Bar No. 24007493
jkipness@owenfazio.com

**OWEN & FAZIO, P.C.**
10440 N. Central Expwy., Suite 1450
Dallas, Texas 75231
(214) 891-5960 - Telephone
(214) 481-9944 - Facsimile

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May 2019, a true and correct copy of the foregoing instrument was served upon all counsel of record in accordance with the Texas Rules of Civil Procedure 21 by E-Service, addressed as follows:

service@oakclifflawyers.com
Cassandra M. Gandara
Jessica A. Gonzalez
GANDARA & GONZALEZ, PLLC
400 S. Zang Blvd., Suite 1022
Dallas, Texas 75208

/s/ *Jerry Fazio*
JERRY FAZIO
JASON E. KIPNESS

## CAUSE NO. <u>DC-19-00329</u>

| | | |
|---|---|---|
| **PEDRO GARCIA** | § | **IN THE DISTRICT COURT** |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | **160th JUDICIAL DISTRICT** |
| **vs.** | § | |
| | § | |
| | § | |
| **WAL-MART ASSOCIATES, INC., et. al.** | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| Defendants. | § | |

---

## ORDER DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION PROCEEDINGS

---

On this day, came on to be heard and considered Defendants' Motion to Compel Arbitration and Stay Litigation Proceedings. This Court, after considering pleadings, evidence, and arguments of counsel, is of the opinion that said Motion should be DENIED.

It is, therefore, **ORDERED** by the Court that Defendants' Motion to Compel Arbitration and Stay Litigation Proceedings is hereby **DENIED.**

SIGNED on this _15th_ day of _April_ 2019.

_____

**JUDGE PRESIDING**